UNITED STATES of America,
Plaintiff–Appellee,

v.

Lynwood Gale DANDRIDGE,
Jr., Defendant–Appellant.

No. 11–7593.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 5, 2012.

Decided: March 16, 2012.

Lynwood Gale Dandridge, Jr., Appellant Pro Se. Ronald Andrew Bassford, Craig Jon Jacobsen, I, Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynwood Gale Dandridge, Jr., appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Dandridge's motion to appoint counsel and affirm the court's order. *United States v. Dandridge*, No. 4:07–cr–00002–JLK (W.D.Va. Dec. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*